*See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.

**Haidar Muhsin SALEH,
et al., Appellees**

v.

**CACI INTERNATIONAL INC., A Delaware Corporation and CACI Premier Technology, Inc., A Delaware Corporation, Appellants.**

**Nos. 08–7001, 08–7030, 08–7044, 08–7045.**

United States Court of Appeals,
District of Columbia Circuit.

Sept. 11, 2009.

Susan L. Burke, William T. O'Neil, Burke O'Neil, LLC, Washington, DC,

---

* Circuit Judge Garland dissents for the reasons set forth in his dissenting opinion in *Saleh v.*

Katherine Marie Gallagher, New York, NY, for Plaintiffs–Appellees.

Joseph William Koegel, Jr., John Frederick O'Connor, Jr., Steptoe & Johnson, LLP, Washington, DC, for Defendant–Appellant.

Before: GARLAND * and KAVANAUGH, Circuit Judges, and SILBERMAN, Senior Circuit Judge.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the district court and on the briefs and arguments of the parties. It is

**ORDERED AND ADJUDGED** that the district court judgment be reversed for the reasons stated in the opinion in the case *Saleh v. Titan,* 580 F.3d 1 (D.C.Cir.2009).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.